**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

UNITED STATES OF AMERICA ex rel.
JAMES DEES,

     Plaintiff,

v.

CAROTHERS CONSTRUCTION, INC.,

     Defendant.

Civil No. 4:19-CV-6 (CDL)

**ORDER**

Relator James Dees and Defendant Carothers Construction, Inc. having filed a Joint Stipulation of Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that this action is dismissed with prejudice as to Relator James Dees and without prejudice as to the United States.

**SO ORDERED**, this 16th day of September, 2022.

s/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT